WASTECARE CORPORATION,
Plaintiff–Appellee,

v.

Robert M. WARD, Interested
Party–Appellant,

Shredderhotline.Com Co., et al.,
Defendants–Counter Claimants
Third Party Defendants,

Matthew Kennedy, Cross Defendant.

Wastecare Corporation, Plaintiff–
Counter Defendant–Appellee,

v.

Shredderhotline.Com Co., Dan Scott
Burda, Defendants–Counter Claim-
ants–Third Party Plaintiffs–Appel-
lants,

R/D Computer Sales and Services Ltd.,
d.b.a. Connecting Point, Defendant–
Third Party Defendant,

Matthew Kennedy, Cross Defendant.

Nos. 14–10884, 14–10885.

United States Court of Appeals,
Eleventh Circuit.

Dec. 2, 2014.

Amanda Groover Hyland, John M.
Gross, Taylor English Duma, LLP, Atlan-
ta, GA, J. Stephen Mixon, Millar & Mixon,
PC, Jonesboro, GA, for Plaintiff–Appellee.

Robert Ward, Trumbull, CT, pro se.

Before WILSON and ROSENBAUM,
Circuit Judges, and HUCK,* District
Judge.

PER CURIAM:

This case came before the Court for oral
argument. The appeal presented the fol-
lowing issues:

(1) Whether the trial court erred in fail-
ing to instruct the jury or otherwise
consider a "nominative fair use" de-
fense to WasteCare's cyberpiracy
claim;

(2) Whether the trial court erred in fail-
ing to instruct the jury or otherwise
consider the "sight sound meaning"
test as part of WasteCare's claim for
cyberpiracy;

(3) Whether the jury unreasonably
found that WasteCare's trademark
was distinctive;

(4) Whether sufficient evidence existed
to support the jury's finding that the
Infringing Domain Names were
"identical or confusingly similar" to
WasteCare's trademark;

(5) Whether the district court abused its
discretion by awarding WasteCare
maximum statutory damages under
the Anticybersquatting Consumer
Protection Act; and

(6) Whether the district court abused its
discretion in imposing sanctions
against Shredderhotline.com, Dan
Burda, and Robert Ward.

After carefully considering the law, the
record, the parties' briefs, and oral argu-
ment, we find no reversible error.

**AFFIRMED.**

---

* Honorable Paul C. Huck, United States Dis-
trict Judge for the Southern District of Flori-
da, sitting by designation.